UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARK MARVIN,

                Plaintiff,

-against-

MARTHA PELDUNAS, DARICE M. MILLER,
COUNTY OF ORANGE,

                Defendants.
-----------------------------------------------------------X

16 CIVIL 1456 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 2, 2021, Defendants' motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       July 2, 2021

                                          **RUBY J. KRAJICK**

                                            Clerk of Court

                **BY:**

                                            Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2021